**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Juan ANDLNO, Petitioner**

**No. 400 EAL 2016**

Supreme Court of Pennsylvania.

November 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**The TOWNSHIP OF SALEM, a Municipal Corporation, Respondent**

v.

**MILLER PENN DEVELOPMENT, LLC, a Pennsylvania Limited Liability Company, Petitioner**

**No. 251 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.